UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>JAVIER LAVAYEN,<br><br>                    Defendant. | No. 14-cr-774 (RJS)<br><u>ORDER</u> |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

The Court has scheduled a proceeding for Defendant Javier Lavayen to appear before this Court on Monday, July 27, 2020 at 3:30 p.m. to be presented on the specifications of violations of supervised release alleged by the Probation Office. Defense counsel has filed a letter indicating that Lavayen prefers to appear at that proceeding by videoconference and attaching a signed copy of the Waiver of Right to be Present at a Criminal Proceeding form. Accordingly, in light of the ongoing COVID-19 pandemic, IT IS HEREBY ORDERED THAT the proceeding on July 27, 2020 at 3:30 p.m. will take place by Skype for Business videoconference. IT IS FURTHER ORDERED THAT no later than 5:00 p.m. on July 23, 2020, the parties must jointly email the Court a list of persons who anticipate speaking during the videoconference, including counsel, Lavayen, and Lavayen's supervising probation officer. The email should also provide the telephone numbers or Skype for Business account name from which each of those persons expect to join the call. Chambers will email the parties directly in due course with further instructions for accessing the videoconference.

Members of the public may monitor the proceedings via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:     July 14, 2020
           New York, New York

                                                          _____
                                                          RICHARD J. SULLIVAN
                                                          UNITED STATES CIRCUIT JUDGE
                                                          Sitting by Designation