**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 4, 2020

*By ECF and by e-mail*

Honorable Richard J. Sullivan
United States Circuit Judge
Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re:   *United States v. Javier Lavayen*, 14 Cr. 774 (RJS)

Dear Judge Sullivan:

On August 3, 2020, the Government requested that the Court detain Mr. Levayen pending a supervised release revocation hearing, *see* Dkt. No. 33, and I write on consent to respectfully request that the Court permit me to file my opposition to that request before ruling on the Government's motion.

For reasons that I will detail, instead of remanding Mr. Lavayen or reopening a detention hearing, the Court should instead schedule an evidentiary hearing on the violations. While that hearing is pending, the Court should allow Mr. Lavayen – who is both working and receiving mental health treatment – to remain at liberty under the current conditions of supervision, which include electronic monitoring. Among other reasons, allowing Mr. Lavayen to remain at liberty will allow him to prepare for his defense, which will be near impossible to do under the prevailing conditions in the federal prisons. I propose that my opposition be filed later today. The Government – per Assistant U.S. Attorney Drew Skinner – consents to the filing of the opposition along the proposed schedule.

Respectfully Submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
Tel.: (212) 417-8737

cc:   Drew Skinner, Esq. by ECF and e-mail

```
IT IS HEREBY ORDERED THAT Defendant shall file his opposition no later than
August 5, 2020.
```

SO ORDERED
Dated: 8/4/20
RICHARD J. SULLIVAN
U.S.D.J.