**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 2, 2020

*By ECF*

Honorable Richard J. Sullivan
United States Circuit Judge
Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re:   *United States v. Javier Lavayen*, 14 Cr. 774 (RJS)

Dear Judge Sullivan:

    I write on consent (Assistant U.S. Attorney Drew Skinner) to respectfully request that the Court adjourn the conference scheduled for December 3, 2020 at 3:30 p.m. for a period of around one week. Mr. Lavayen is housed at the Essex County facility in New Jersey, and I have not had sufficient time to meet with Mr. Lavayen so that we can advise the Court how he intends to proceed in connection with the charged violations of supervised release.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
Tel.: (212) 417-8737

cc:   Drew Skinner, Esq. by ECF

On consent of the parties, IT IS HEREBY ORDERED THAT the conference in this matter is adjourned to Monday, December 14, 2020 at 11:00 a.m.  The Court will email the parties directly with instructions for accessing the CourtCall proceeding.  A separate order will follow containing instructions for members of the public to monitor the proceedings.

SO ORDERED.
Dated:   December 2, 2020
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation