UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JAVIER LAVAYEN,

Defendant.

No 14-cr-774 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

As indicated in the Court's scheduling order dated December 7, 2020 (Doc. No. 57), a conference on Defendant Lavayen's pending violations of supervised release will take place on Wednesday, December 16, 2020 at 2:00 p.m.  The Court will email the parties directly with instructions for accessing the CourtCall conference.  Members of the public may monitor the proceedings through CourtCall's public access audio line by using the following credentials:

    Dial-in:        855-268-7844
    Access code:    32091812#
    PIN:            9921299#

SO ORDERED.

Dated:  December 9, 2020
        New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation