UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JAVIER LAVAYEN,

Defendant.

No 14-cr-774 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

During the conference held on December 16, 2020, the Court scheduled Defendant Lavayen's VOSR sentencing to take place on Monday, January 4, 2021 at 2:00 p.m. The Court will email the parties directly with instructions for accessing the CourtCall conference. Members of the public may monitor the proceedings through CourtCall's public access audio line by using the following credentials:

| | |
|---|---|
| Dial-in: | 855-268-7844 |
| Access code: | 32091812# |
| PIN: | 9921299# |

SO ORDERED.

Dated:  December 29, 2020
        New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation